```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                       CASE NO. 08 B 08146
       RICHARD E FLORENCE
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

              Debtor
         SSN XXX-XX-0994


    ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------------
        The case was filed on 04/04/2008 and was not confirmed.

        The case was dismissed without confirmation 07/23/2008.
    ------------------------------------------------------------------------------
    CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                 PAID          PAID
    ------------------------------------------------------------------------------

    TSYS DEBT MANAGEMENT       UNSEC W/INTER      385.04          .00           .00
    TSYS DEBT MANAGEMENT       UNSEC W/INTER     1146.89          .00           .00
    BANK OF HINSDALE           SECURED VEHIC    69352.00          .00           .00
    ROGERS & HOLLAND           SECURED            573.00          .00           .00
    VW CREDIT INC              SECURED VEHIC    36554.50          .00           .00
    WELLS FARGO AUTO FINANCE   SECURED VEHIC    29565.69          .00           .00
    WELLS FARGO AUTO FINANCE   UNSEC W/INTER     1154.69          .00           .00
    BARNEYS NY CRED CO         UNSEC W/INTER   NOT FILED          .00           .00
    BARNEYS NEW YORK           UNSEC W/INTER      410.63          .00           .00
    ECAST SETTLEMENT CORP      UNSEC W/INTER     2472.95          .00           .00
    ECAST SETTLEMENT CORP      UNSEC W/INTER     2097.58          .00           .00
    ECAST SETTLEMENT CORP      UNSEC W/INTER      948.45          .00           .00
    CAPITAL ONE                UNSEC W/INTER   NOT FILED          .00           .00
    JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     1089.92          .00           .00
    ROUNDUP FUNDING LLC        UNSEC W/INTER      666.61          .00           .00
    DAIMLER CHRYSLER FINANCI   UNSEC W/INTER   NOT FILED          .00           .00
    DISCOVER FINANCIAL SERVI   UNSEC W/INTER     3842.51          .00           .00
    GE CONSUMER FINANCE        UNSEC W/INTER     4579.24          .00           .00
    HOUSEHOLD FINANCE CORPOR   UNSEC W/INTER     7644.38          .00           .00
    HSBC                       UNSEC W/INTER   NOT FILED          .00           .00
    HSBC                       UNSEC W/INTER      851.82          .00           .00
    ECAST SETTLEMENT CORP      UNSEC W/INTER      714.66          .00           .00
    LVNV FUNDING LLC           UNSEC W/INTER     4227.99          .00           .00
    BANK OF HINSDALE           UNSEC W/INTER     2361.11          .00           .00
    ROGERS & HOLLAND           UNSECURED           21.00          .00           .00
    DAIMLER CHRYSLER FINANCI   SECURED NOT I    15323.36          .00           .00
    ECAST SETTLEMENT CORP      UNSEC W/INTER     1618.24          .00           .00
    AMERICAN EXPRESS           UNSEC W/INTER     1217.57          .00           .00
    ROBERT J SEMRAD & ASSOC    DEBTOR ATTY           .00                        .00
    TOM VAUGHN                 TRUSTEE                                          .00
    DEBTOR REFUND              REFUND                                           .00

           Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS

                        PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08146 RICHARD E FLORENCE
```

```
--------------------------------------------------------------------------------
TRUSTEE                                              .00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                              ---------------   ---------------
TOTALS                                               .00              .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 08146 RICHARD E FLORENCE